IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| MAXIMILIAN LAUW, ) | |
| ) | |
| Petitioner, ) | |
| V.   ) | Criminal No. 1:04cr248 |
| ) | Civil Action No. 1:05cv705 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### **ORDER**

This matter comes before the Court on the petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255.  For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petitioner's motion is DENIED.

The Clerk is directed to send a copy of this Order and a copy of the accompanying Memorandum Opinion to the petitioner and to the United States Attorney of this District.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 30  , 2006